UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:14-cr-5-CLC-SKL |
| v. ) | |
| ) | |
| RODNEY SOUTHERS ) | |
| ) | |

## **O R D E R**

Pursuant to notice and *Fed. R. Crim. P.* 17.1, a final pretrial conference was held in this matter on July 10, 2014. Present representing the government were Assistant U.S. Attorney Chris Poole. Attorney Brandon Raulston was present to represent the defendant. The defendant was not present at the conference.

Pursuant to Rule 17.1, the following matters were discussed and agreed upon or it was agreed that no in-depth discussion was necessary:

(a) the length of the trial was estimated to be 2 days;

(b) the method of jury selection and challenges;

(c) dress of the defendant;

(d) The parties were encouraged to get together to explore the possibility of stipulations, but at this time there is no written and signed agreement on stipulations but the parties expect there will be;

(e) the trial schedule with morning and afternoon recesses and lunch recess;

(f) special needs for the courtroom;

(g) identification of any procedural problems;

(h) discovery problems remaining under Rule 16;

(I) *Jencks* statements availability;

(j) numbering and authentication of exhibits; and

(k) other legal and evidentiary problems likely to arise at trial.

Counsel were encouraged to familiarize themselves with Local Rule 83.3 and ensure that their clients were familiar with the contents of the rule.

SO ORDERED.

ENTER:

                                          s/ *Susan K. Lee*
                                          SUSAN K. LEE
                                          UNITED STATES MAGISTRATE JUDGE